UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ARIELLE BRENGLE, | ) | |
| *Plaintiff*, | ) ) ) | Case No. 3:22-cv-259 |
| v. | ) ) | Judge Atchley |
| KNOX COUNTY SCHOOL SYSTEM, et al., | ) ) ) | Magistrate Judge Poplin |
| *Defendants*. | ) ) | |

## ORDER

Darren Berg, Plaintiff's attorney of record in this matter has been suspended from practice in this district. The Court is unaware of any notice provided to Plaintiff of his suspended status. Considering this development, and pursuant to Local Rule 83.4(d), Plaintiff is **ORDERED** to retain new counsel or file notice indicating she will proceed in this matter pro se within **twenty-one days** of this order. Plaintiff is further **ORDERED** to file responses to the Defendants' Motions to Dismiss [Docs. 12 and 14] within **thirty days** of the appearance of new counsel or notification of proceeding pro se. Attorney Darren Berg is **ORDERED** to provide Plaintiff with a copy of this Order and the clerk is **DIRECTED** to mail a copy of this Order to Attorney Darren Berg's last known address listed in the subject block of the Complaint. [Doc. 1 at 5]. This Order **REPLACES** and **SUPPLANTS** the Court's previous Order to Show Cause. [Doc. 17].

SO ORDERED.

/s/ *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**