UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| ARIELLE BRENGLE, | ) | |
| --- | --- | --- |
| *Plaintiff*, | ) | Case No. 3:22-cv-259 |
| | ) | |
| | ) | Judge Atchley |
| v. | ) | |
| | ) | Magistrate Judge Poplin |
| KNOX COUNTY, TENNESSEE, et al., | ) | |
| | ) | |
| | ) | |
| *Defendants*. | ) | |

## ORDER TO SHOW CAUSE

Upon review, it appears to the Court that due to an administrative error, the Court's Order [Doc. 18] was not sent to Attorney Darren Berg's last known address. In that Order, Plaintiff was required to retain new counsel or file a notice indicating her intent to proceed pro se within 21 days. Plaintiff was further ordered to file responses to Defendants' pending Motions to Dismiss [Doc. 12 & 14] 30 days thereafter. Finally, Attorney Darren Berg was ordered to provide Plaintiff with a copy of the Order, and the Clerk was directed to mail it to his last known address, as indicated in the signature block of the Complaint.

Due to an administrative error, the Order [Doc. 18] was not sent to the address identified by the Court. The Court did not discover this error until after Plaintiff's deadline to file a notice regarding her representation had expired. Accordingly, the Court will **EXTEND** the time period for Plaintiff to comply with the Court's May 26, 2023, Order [Doc. 18]. For avoidance of doubt, this Order **REPLACES AND SUPPLANTS** the Court's prior Order to Show Cause [Doc. 18].

It is therefore **ORDERED** as follows:

- The Clerk is **DIRECTED** to send this Order to the last known address of Attorney Darren Berg, specifically, P.O. Box 453, Knoxville, TN 37901.

- Attorney Darren Berg is **ORDERED** to provide Plaintiff with a copy of this Order promptly upon receiving it.

- On or before **July 18, 2023,** Plaintiff **SHALL FILE** a notice stating whether she has obtained new counsel or intends to proceed pro se.

- On or before **August 8, 2023**, Plaintiff **SHALL FILE** a response in opposition to Defendants' pending Motions to Dismiss [Docs. 12 & 14].

Plaintiff is **PUT ON NOTICE** that failure to comply with any aspect of this Order will result in the dismissal of this action.

    **SO ORDERED**.

    */s/ Charles E. Atchley, Jr.*
    CHARLES E. ATCHLEY, JR.
    UNITED STATES DISTRICT JUDGE