UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ARIELLE BRENGLE, | ) | |
| | ) | Case No. 3:22-cv-259 |
| *Plaintiff*, | ) | |
| | ) | Judge Atchley |
| v. | ) | |
| | ) | Magistrate Judge Poplin |
| KNOX COUNTY, TENNESSEE, et al., | ) | |
| | ) | |
| | ) | |
| *Defendants*. | ) | |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having granted the Motion to Dismiss for Failure to State a Claim [Doc. 12] by Knox County Board of Education and the Motion to Dismiss for Failure to State a Claim [Doc. 14] by Knox County, Tennessee,

It is **ORDERED AND ADJUDGED** that Plaintiff's Title IX and First Amendment claims are **DISMISSED WITH PREJUDICE** and Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**. This action is closed.

*/s/ LeAnna R. Wilson*
LeAnna R. Wilson
CLERK OF COURT